UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SAVINO DEL BENE U.S.A., INC.,                                          :
                                                                       :
                                Plaintiff,                             :
                                                                       :          20-CV-8745 (JPC)
                -v-                                                    :
                                                                       :                ORDER
INTERNATIONAL PAPER SOLUTIONS CO.,                                     :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 20, 2020, Plaintiff filed its complaint.  (Dkt. 1.)  On October 22, 2020, the Court scheduled an Initial Pretrial Conference ("IPTC") for January 19, 2021 and ordered the parties to submit a joint pre-conference letter regarding this case by no later than seven days prior to the IPTC, *i.e.*, January 12, 2021.  (Dkt. 4.)  On January 14, 2021, after no joint letter was filed on the docket, the Court adjourned the IPTC to February 4, 2021 and the joint pre-conference letter deadline to January 28, 2021, and ordered Defendant to file proof of service of the summons and complaint by January 22, 2021.  (Dkt. 5.)  At this time, neither the joint letter nor proof of service have been filed on the docket.  Accordingly, it is hereby ORDERED that by February 2, 2021, Plaintiff must (1) file proof of service of the summons and complaint as well as the joint letter on the docket or (2) show cause why this case should not be dismissed for failure to prosecute and/or sanctions should not be imposed in light of Plaintiff's failure to comply with the Court's Order of January 14, 2021.

      SO ORDERED.

Dated: January 29, 2021  
      New York, New York                                     JOHN P. CRONAN  
                                                           United States District Judge