UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                     :

SAVINO DEL BENE U.S.A., INC.,                :

                      Plaintiff,                            :          20-CV-8745 (JPC)

            -v-                                       :
                                              :              ORDER

INTERNATIONAL PAPER SOLUTIONS CO.,  :

                    Defendant.                     :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On February 17, 2021, the Court adjourned the Initial Pretrial Conference scheduled for March 16, 2021 *sine die*, and ordered the parties to submit a joint letter updating the Court on the status of settlement discussions by that date. The parties have not yet done so. It is hereby ORDERED that the parties shall submit their joint status letter by March 26, 2021.

       SO ORDERED.

Dated: March 22, 2021
       New York, New York

                                                      JOHN P. CRONAN
                                              United States District Judge