```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SAVINO DEL BENE U.S.A., INC.,                                    :
                                                                 :
                                Plaintiff,                       :
                                                                 :         20-CV-8745 (JPC)
        -v-                                                      :
                                                                 :         ORDER
INTERNATIONAL PAPER SOLUTIONS CO.,                               :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On April 2, 2021, the Court ordered the parties to submit a joint letter updating the Court on the status of settlement discussions by May 10, 2021.  The parties have not yet done so.  The parties shall file their status letter by June 17, 2021.

      SO ORDERED.

Dated: June 14, 2021  
       New York, New York

                                                                 JOHN P. CRONAN  
                                                        United States District Judge