UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
SAVINO DEL BENE U.S.A., INC., :
 :
                   Plaintiff, :
 :      20 Civ. 8745 (JPC)
     -v- :
 :      <u>ORDER</u>
INTERNATIONAL PAPER SOLUTIONS CO., :
 :
                   Defendant. :
 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      During a conference held on January 11, 2022, the Court granted Mark D. Herman's unopposed request to withdraw as counsel for Defendant International Paper Solutions Co. Dkt. 32. Also on January 11, 2022, the Court issued an Order advising Defendant that "as a corporation, it cannot proceed *pro se* and that it must engage new counsel, who shall file a notice of appearance by February 10, 2022." *Id.* The Court further directed Mr. Herman to provide a copy of its Order to Defendant and to inform Defendant "that the failure to engage new counsel by the February 10, 2022 deadline may result in a default judgment." *Id.* Similarly, in the event that no attorney appears on behalf of Defendant, Plaintiff was directed "to file a letter by February 10, 2022 advising the Court on proposed next steps, including whether Plaintiff intends to move for default judgment." *Id.* The February 10, 2022 deadline has passed and no new counsel has appeared on behalf of Defendant and Plaintiff has not filed any letter. Accordingly, it is hereby ordered that Plaintiff shall file a letter by February 16, 2022 advising the Court on proposed next steps, including whether Plaintiff intends to move for default judgment. Plaintiff's failure to comply

with the Court's order may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41.

SO ORDERED.

Dated: February 11, 2022
      New York, New York

                                              JOHN P. CRONAN
                                         United States District Judge